**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORNINGWARE, INC.**, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HEARTHWARE HOME PRODUCTS, INC.**, an Illinois corporation,<br><br>Defendant. | **CIVIL ACTION NO.: 09-cv-4348**<br><br>Judge: Amy J. St. Eve |

## CERTIFICATE OF SERVICE-THE LANHAM ACT MEDIATION PROGRAM

Plaintiff Morningware, Inc., by its undersigned attorney, hereby certifies that on this 23th day of July 2009, a true and correct copy of the documents relating to THE LANHAM ACT MEDIATION PROGRAM, was served pursuant to the requirements of the Federal Rules of Civil Procedure and Local Rules of Court, via electronic mail and first class mail, on the following: Joe A. Shull, Venable LLP, 575 7th Street, N.W., Washington, D.C. 20004-1601.

DATED: July 23, 2009　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　s/Nicholas S. Lee/_____
　　　　　　　　　　　　　　　　　　Edward L. Bishop
　　　　　　　　　　　　　　　　　　ebishop@bishoppatents.com
　　　　　　　　　　　　　　　　　　Nicholas S. Lee
　　　　　　　　　　　　　　　　　　nlee@bishoppatents.com
　　　　　　　　　　　　　　　　　　EDWARD BISHOP & ASSOCIATES, LTD.
　　　　　　　　　　　　　　　　　　1320 Toward Road
　　　　　　　　　　　　　　　　　　Schaumburg, IL 60173
　　　　　　　　　　　　　　　　　　Tel: (847) 925-9333
　　　　　　　　　　　　　　　　　　Fax: (847) 925-9227