## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MORNINGWARE, INC.,        )<br>Plaintiff,                          )<br>                                        )<br>vs.                                   )<br>                                        )<br>HEARTHWARE HOME PRODUCTS, )<br>INC.,   Defendant              )<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )<br>                                        )<br>IBC-HEARTHWARE, INC.,     )<br>Plaintiff,                          )<br>                                        )<br>vs.                                   )<br>                                        )<br>MORNINGWARE, INC.,        )<br>Defendant                        ) | No. 09-CV-4843 (Consolidated)<br><br>Honorable Amy J. St. Eve<br>United States District Judge |

### AGREED MOTION FOR EXTENSIONS OF THE DEADLINES FOR IBC-HEARTHWARE TO ANSWER/OTHERWISE PLEAD

IBC-Hearthware, Inc. d/b/a Hearthware Home Products, Inc. ("Hearthware"), having previously obtained the agreement of counsel for Morningware, Inc. ("Morningware") to extensions of the deadlines for Hearthware to file answers or otherwise plead in response to: (1) Morningware's Lanham Act, etc. Complaint (D.I. 1), and (2) Morningware's patent-related Amended Counterclaims (D.I. 82) until January 15, 2010, petitions this Court for such extensions. In support of this agreed motion, Hearthware states as follows:

1. On November 18, 2009, Judge Mason set a Settlement Conference for January 7, 2010.

2. On November 19, 2009, this Court, at the parties' request and to minimize expense to the parties in the event settlement efforts are successful, stayed discovery until January 12, 2010. This Court also set a Status Hearing for January 12, 2010 at 8:30 a.m.

3. Hearthware's deadline to answer or otherwise plead in response to Morningware's Complaint involving the Lanham Act and other allegations (D.I. 1) is November 30. Hearthware's deadline to answer or otherwise plead in response to Morningware's Amended Counterclaims (responding to Hearthware's patent infringement complaint) (D.I. 82) is December 8, 2010.

4. The parties are hopeful that the January 7 Settlement Conference before Judge Mason may result in (or at least serve as a catalyst for) a settlement that will result in dismissal of this litigation.

5. The parties agree that it would be beneficial and serve the interests of minimizing the costs to the parties, and in particular to Hearthware, to stay the deadlines referenced in paragraph 3 above for Hearthware's Answers/other pleadings until January 15, after the Settlement Conference. If, on the one hand, settlement does not appear imminent after the Settlement Conference, Hearthware could file Answers/otherwise plead at that time (January 15, 2010) without any serious impact on the case schedule. On the other hand, if settlement has occurred or is imminent, the parties could report that to this Court at the January 12 Status Hearing with the case schedule being adjusted accordingly, and the parties' (particularly Hearthware's) costs associated with the Answers would be minimized.

6. In sum, the parties believe that it both: (a) would serve the interest of maximizing the potential for reaching a settlement, and (b) would minimize the parties' litigation-related costs, to extend the deadlines for Hearthware to file its Answers/otherwise plead until January 15, 2010.

      7.      Morningware has agreed to the extensions of time for Hearthware to file its Answers or otherwise plead until January 15, 2010.

      8.      Pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., this Motion is made prior to the expiration of time for Hearthware to file its Answers or otherwise plead in response to Morningware's Complaint and Amended Counterclaims.

WHEREFORE, pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., Hearthware hereby requests (and Morningware agrees with the request) that this Honorable Court:

      A.      Grant the aforesaid Motion;

      B.      Enter an Order granting extensions of the deadline for Hearthware to file its Answer or otherwise plead in response to Morningware's Complaint and Amended Counterclaims until January 15, 2010; and

      C.      Grant such other and further relief as may be appropriate under the circumstances in this case.

Dated November 30, 2009                Respectfully submitted,

/s/ William P. Oberhardt
William P. Oberhardt
WILLIAM P. OBERHARDT, LLC
70 West Madison, Suite 2100
Chicago, IL  60602
Tel:  312-251-1100
Fax:  312-251-1175
Attorney Identification No. 3122407

*Attorney for IBC-Hearthware, Inc.*

David M. Farnum
Ralph P. Albrecht
Cameron H. Tousi
Meaghan H. Kent
Calvin R. Nelson
VENABLE LLP
575 Seventh Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

*Attorneys for IBC-Hearthware, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2009, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ William P. Oberhardt
William P. Oberhardt
WILLIAM P. OBERHARDT, LLC
70 West Madison, Suite 2100
Chicago, IL  60602
Tel:  312-251-1100
Fax:  312-251-1175
Attorney Identification No. 3122407

*Attorney for IBC-Hearthware, Inc.*

David M. Farnum
Ralph P. Albrecht
Cameron H. Tousi
Meaghan H. Kent
Calvin R. Nelson
VENABLE LLP
575 Seventh Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

*Attorneys for IBC-Hearthware, Inc.*