# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Morningware, Inc.
                                        Plaintiff,

v.                                                   Case No.: 1:09−cv−04348
                                                          Honorable Amy J. St. Eve

Hearthware Home Products, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: The parties have again contacted the Court via telephone during Hearthware's deposition of Ms. Susan Sul, requesting that the Court mediate a trivial and non−urgent dispute. As stated on the telephone, the Court is very disappointed with the parties' repeated phone calls to the Court during depositions, and it directs the parties to resolve this dispute on their own. The Court again admonishes the parties about their unprofessional behavior and directs them to work together in good faith to resolve their discovery disputes.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.