# EXHIBIT F

| | |
|---|---|
| **From:** | Edward L. Bishop |
| **To:** | Cameron Tousi (chtousi@atfirm.com) |
| **Cc:** | Nicholas S. Lee |
| **Subject:** | Hearthware Production |

Dear Cameron,

In reviewing Hearthware's production, we have a few questions. Namely:

1) What products are associated with the quantities/revenues shown in IBC-H021560 and IBC-H021550?
2) IBC-H000623-717 appear to be only for retail sales. Does Hearthware have corresponding Internet/Infomercial data? Also, are the 2008/09 revenue numbers only for the Nu Wave Oven? And can be get some breakdown of units for other products on IBC-H000631?
3) For IBC-H000719, is this data for all Nu Wave Oven sales? Infomercial only? We ask because this data does not correspond to the retail data provided in IBC-H000623-717.
4) For IBC-H003018-442, can we get this data in Excel? Also, can we get the "Num" or "Item" for the Nu Wave Ovens?

Please let me know when we can expect an answer to the above questions.

Regards,

Ed

Edward L. Bishop, Esq.
**Bishop & Diehl, Ltd.**
1750 E. Golf Road, Suite 390
Schaumburg, IL  60173
(847) 925-9637 direct
(847) 969-9123 main
(847) 969-9124 fax
ebishop@bishoppatents.com

This email may contain privileged and/or confidential information that is for the sole use of the intended recipient(s).  If you are not the intended recipient, any disclosure, distribution, copying or use of this email and its contents is prohibited and may be unlawful.  If you have received this email in error, please immediately notify the sender that you have received this email and delete it.  Thank you.