# EXHIBIT G

| Bates Range | Description | Relevant Expert |
|---|---|---|
| IBC-H100000-100311 | Weekly and Monthly rankings of infomercials | Vanderhart |
| IBC-H100312-100313 | Forward of IBC-H-100488-100489 | Vanderhart |
| IBC-H100314-100372 | Weekly and Monthly rankings of infomercials | Vanderhart |
| IBC-H100373 | Award for Infomercial Excellence | Vanderhart |
| IBC-H100374-100375 | Script for Infomercial (Precisions Induction Cooktop) | Vanderhart |
| IBC-H100376 | Award for Infomercial Excellence | Vanderhart |
| IBC-H100377 | Screenshot morningware.com/products showing Halo Oven | Clarksean? |
| IBC-H100378-100383 | Screenshot of Amazon order page for Sunpentown SO-2002 Conve | Clarksean? |
| IBC-H100384-100389 | Screenshot of Amazon order page for Sunpentown SO-2000 Conve | Clarksean? |
| IBC-H100390-100392 | Screenshot of Google shopping search for tabletop ovens | |
| IBC-H100393-100394 | Screenshot of cooking.com product page for Halogen Tabletop Oven | |
| IBC-H100395 | morningware company profile | |
| IBC-H100396 | morningware products page EggCurate scale | |
| IBC-H100397 | moningware products page Automatic Indoor Composter | |
| IBC-H100398 | morningware products page Electric Tea Kettle | |
| IBC-H100399 | morningware products page Juice Extractor | |
| IBC-H100400 | morningware products page Organic Juicers | |
| IBC-H100401-100403 | morningware Halo Oven screenshot/orderform | |
| IBC-H100404-100405 | screenshot nuwave.com products | |
| IBC-H100406 | screenshot Nuwave Oven Pro order page | |
| IBC-H100407 | screenshot Nuwave Oven Pro description | |
| IBC-H100408-100412 | weekly infomercial quantitiy (orders?) 2006-2009 | |
| IBC-H100413-100415 | Sales report 2006-2011 | |
| IBC-H100416-100420 | Monthly sales April 2006-Jan 2012 (broken down by product) | |
| IBC-H100421 | License Agreement Lincoln Food Service/Entertex Corp | Vanderhart |
| IBC-H100422-100423 | License Agreement Seychelle Environment Technologies/Gary Hess | Vanderhart |
| IBC-H100424-100425 | License Agreement Seychelle Environment Technologies/Gary Hess | |
| IBC-H100426 | License Agreement Koko Ltd/ Gregory Ruff | |
| IBC-H100427-100428 | License Agreement Ontro Inc./Insta Heat Inc. | |
| IBC-H100429 | License Agreement Bajaj Electricals/Morphy Richards | |
| IBC-H100430 | License Agreement Realcold Products Inc/Nauticon Inc | |
| IBC-H100431-100432 | License Agreement Channel Freeze Tech/Sir Worldwide | |
| IBC-H100433-100435 | License Agreement Maytag/Turbochef | |
| IBC-H100436-100446 | Royalty Rate Guidelines | |
| IBC-H100447-100486 | appears to be temperature testing data results | |
| IBC-H100487 | Video of smoke test | Clarksean |
| IBC-H100488-100489 | Email from C. Tousi to J. Vanderhart with 2005 sales | Vanderhart |
| IBC-H100490 | Sales Summary 2004 | Vanderhart |
| IBC-H100491 | Sales Summary 2005 | Vanderhart |
| IBC-H100492 | Sales Summary 2006 | Vanderhart |
| IBC-H100493 | Sales Summary 2007 | Vanderhart |
| IBC-H100494 | First Sales Summary 2008 | Vanderhart |
| IBC-H100495 | Additional Sales Summary 2008 | Vanderhart |
| IBC-H100496 | Sales Summary 2009 | Vanderhart |
| IBC-H100497 | Sales Summary 2010 | Vanderhart |
| IBC-H100498 | Email from R. Clarksean to J. Vanderhart regarding oven types and | Vanderhart/Clarksean |
| IBC-H100499 | Photo of oven with blocked air outlets omitted from Clarksean repo | Clarksean |
| IBC-H100500-100517 | Photos of Imex oven | Clarksean |
| IBC-H100518-100522 | Photos of Nuwave oven | Clarksean |
| IBC-H100523 | Video of Smoke test | Clarksean |
| IBC-H100524-100526 | email from J. Vucko to J. Vanderhart regarding phone sales | Vanderhart |

| | |
|---|---|
| IBC-H100527-100528 | keywords |
| IBC-H100529 | keywords |
| IBC-H100530-100531 | email from J. Vucko to J. Vanderhart regarding phone sales |
| IBC-H100531 | keywords |
| IBC-H100532 | keywords |
| IBC-H100533 | |
| IBC-H100534 | |

**Non-Numbered Docs**

| File Name | Description | Relevant Expert |
|---|---|---|
| stat_yahoo_txt.zip | email from J. Vucko to J. Vanderhart regarding phone sales | Vanderhart |
| 120301 Raw Data | Appears to be temperature testing results data | Clarksean |
| Clarksean sampling of p | smoke test photos | Clarksean |
| Hearthware Rebuttal | Expert Report and Exhibits Vanderhart | Vanderhart |