Morningware, Inc.
                            Plaintiff,

v.                                                  Case No.: 1:09−cv−04348
                                                   Honorable Amy J. St. Eve

Hearthware Home Products, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 6/27/2012. Defendant's cross−motion to exclude the report of Tepp, and preclude Tepp and Meitzen from testifying as experts [326][327] is denied as moot. Plaintiff represents that they are not going to call Tepp or Meitzen as experts or use Tepp's report.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.